IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NewMarket Pharmaceuticals, LLC<br><br>                 Plaintiff,<br>v.<br>VetPharm, Inc.<br><br>                 Defendant. | Civil Action No.: 19-cv-700<br><br>**JURY TRIAL DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff NewMarket Pharmaceuticals, LLC, ("NewMarket") by and through its undersigned counsel, hereby gives notice that it is a limited liability company privately owned by individual members and neither NewMarket nor its owners have issued shares to the public.

Dated:  May 30, 2019

**HODGSON RUSS LLP**

By:  /s/ Jessica L. Copeland

    Jessica L. Copeland
    The Guaranty Building
    140 Pearl Street, Suite 100
    Buffalo, New York  14202-4040
    Telephone:  (716) 848-1461
    Email:  jcopelan@hodgsonruss.com

-2-

**CADWALADER, WICKERSHAM & TAFT LLP**
Robert M. Pollaro (*Pro Hac Application Forthcoming*)
Maegan A. Fuller (*Pro Hac Application Forthcoming*)
John T. Augelli (*Pro Hac Application Forthcoming*)
200 Liberty Street
New York, NY 10281
Telephone:  (212) 504-6000
Robert.Pollaro@cwt.com
Maegan.Fuller@cwt.com
John.Augelli@cwt.com

*Attorneys for Plaintiff NewMarket Pharmaceuticals, LLC*

-2-