UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NewMarket Pharmaceuticals, LLC,<br><br>                                Plaintiff,<br><br>    v.<br><br>VetPharm, Inc.,<br><br>                               Defendant. | Civil Action No. 19-cv-6405-CJS<br><br>**NOTICE OF APPEARANCE** |

**TO:**    The Clerk of the Court and all counsel of record

      **PLEASE TAKE NOTICE** that Douglas A. Foss, a member of the law firm of Harris Beach PLLC and a member in good standing of the bar of this Court, hereby appears as counsel of record for defendant VetPharm, Inc. in this action and requests that all pleadings and papers be served upon him electronically through the Court's CM/ECF system.

Dated: Pittsford, New York
       August 9, 2019

                                                        */s/ Douglas A. Foss*
                                                        Douglas A. Foss
                                                        HARRIS BEACH PLLC
                                                        99 Garnsey Road
                                                        Pittsford, NY 14534
                                                        T: 585.419.8800
                                                        F: 585.419.8801
                                                        dfoss@harrisbeach.com

                                                        *Attorneys for Defendant*