UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NewMarket Pharmaceuticals, LLC,<br><br>         Plaintiff,<br><br> v.<br><br>VetPharm, Inc.,<br><br>         Defendant. | Civil Action No. 19-cv-6405-CJS<br><br>**NOTICE OF APPEARANCE** |

**TO:** The Clerk of the Court and all counsel of record

   **PLEASE TAKE NOTICE** that Robert M. Pollaro, associated with the law firm of Cadwalader, Wickersham & Taft LLP and a member in good standing of the bar of this Court, hereby appears as counsel of record for plaintiff NewMarket Pharmaceuticals, LLC in this action, together with Maegan A. Fuller, John T. Augelli and Jessica L. Copeland and requests that all pleadings and papers be served upon him electronically through the Court's CM/ECF system.

Dated: New York, New York
     January 7, 2020

                  /s/ *Robert M. Pollaro*
                 Robert M. Pollaro
                 CADWALADER, WICKERSHAM & TAFT LLP
                 200 Liberty Street
                 New York, NY 10281
                 T: 212.504.6000
                 F: 212.504.6666
                 Robert.Pollaro@cwt.com