UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NewMarket Pharmaceuticals, LLC,<br><br>                              Plaintiff,<br><br>     v.<br><br>VetPharm, Inc.,<br><br>                              Defendant. | Civil Action No. 19-cv-6405<br><br>Hon. Charles J. Siragusa<br><br>**NOTICE OF MOTION** |

| | |
|---|---|
| Motion by: | Defendant VetPharm, Inc. |
| Date and time: | To be scheduled by the Court |
| Place: | United States Courthouse<br>100 State Street<br>Rochester, New York |
| Relief requested: | An order under Local Civil Rule 5.3(b) granting leave for defendant to file the parties' final arbitration award, issued January 21, 2020, under seal. |
| Supporting papers: | Declaration of Kyle D. Gooch, dated February 14, 2020, with Exhibits A through F<br><br>Memorandum of Law in Support of Defendant VetPharm, Inc.'s Motion for Leave to File Arbitration Award Under Seal, dated February 14, 2020 |
| Grounds for relief: | Federal Rule of Civil Procedure 26(c)(1)(G), (H)<br>Local Civil Rule 5.3 |
| Oral argument: | Not requested |

2

Dated: Pittsford, New York
      February 14, 2020

Respectfully submitted,

**HARRIS BEACH PLLC**

By:  */s/ Kyle D. Gooch*
     Douglas A. Foss
     Kyle D. Gooch
     99 Garnsey Road
     Pittsford, NY 14534
     T: 585.419.8800
     F: 585.419.8801
     dfoss@harrisbeach.com
     kgooch@harrisbeach.com

*Attorneys for Defendant*

**TO:** All counsel of record (by ECF)