UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NewMarket Pharmaceuticals, LLC,<br><br>         Plaintiff,<br><br>  v.<br><br>VetPharm, Inc.,<br><br>         Defendant. | Civil Action No. 19-cv-6405<br><br>Hon. Charles J. Siragusa<br><br>**CERTIFICATE OF SERVICE** |

  I hereby certify that on February 14, 2020, I served the following papers:

  (1) Notice of Motion;

  (2) Declaration of Kyle D. Gooch in Support of Defendant VetPharm, Inc.'s Motion for Leave to File Arbitration Award Under Seal, dated February 14, 2020, with Exhibits A through F;

  (3) Memorandum of Law in Support of Defendant VetPharm, Inc.'s Motion for Leave to File Arbitration Award Under Seal, dated February 14, 2020; and

  (4) [Proposed] Order Granting Leave to File Under Seal

upon the following counsel of record for plaintiff via FedEx overnight delivery:

  Robert M. Pollaro, Esq.     Jessica L. Copeland, Esq.
  Cadwalader, Wickersham & Taft LLP Bond Schoeneck & King
  200 Liberty Street        200 Delaware Ave., Suite 900
  New York, NY  10281-1003    Buffalo, NY  14202-2107

Dated: Pittsford, New York
    February 14, 2020

                   */s/ Kyle D. Gooch*
                   Kyle D. Gooch
                   HARRIS BEACH PLLC
                   99 Garnsey Road
                   Pittsford, NY 14534
                   T: 585.419.8800
                   F: 585.419.8801
                   kgooch@harrisbeach.com

                   *Attorneys for Defendant*